# OVED & OVED LLP
## ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

November 11, 2020

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re:**    ***Sensio, Inc. v. Kuhnreich, et al.***
                  **Case No. 20-cv-08170 (AT)**

Dear Judge Torres:

This law firm has recently been retained to represent Defendants Bryna Kuhnreich and Dimitri Paraskevopoulos in the above-captioned action. We write pursuant to Rule I.C. of the Court's Individual Rules to respectfully request an approximately 30-day adjournment of the initial pretrial conference scheduled for December 1, 2020. Plaintiff's counsel consents to this request.

Defendants' response to the Complaint is presently due on December 16, 2020. In the meantime, we are still getting up to speed on the case and analyzing a variety of threshold legal issues which may have a significant bearing on how this dispute should proceed. As such, we believe it only practicable to address the Court for an initial pretrial conference after Defendants' response to the Complaint is filed. Accordingly, Defendants respectfully request that this Court adjourn the initial pretrial conference to a date and time convenient to the Court during the first week of January 2021.

There have been no prior requests for an adjournment of the initial pretrial conference and this request will affect no other deadlines in the case.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Andrew J. Urgenson

Andrew J. Urgenson

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for December 1, 2020, is ADJOURNED to **December 17, 2020**, at **11:00 a.m.** By **December 10, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 17, 2020
      New York, New York

**ANALISA TORRES**
**United States District Judge**