UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENSEIO, INC., a Delaware corporation,

                Plaintiff,

-against-

BRYNA KUHNREICH AND DIMITRI PARASKEVOPOULOS,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021
```

20 Civ. 8170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated December 16 and 23, 2020. ECF Nos. 21, 23, 26–27. Accordingly:

1. By **February 11, 2021**, Defendants shall file their motion to dismiss the first amended complaint, or in the alternative, stay the proceeding pending Plaintiff's earlier-filed arbitration against a non-party;
2. By **March 4, 2021**, Plaintiff shall file its opposition;
3. By **March 18, 2021**, Defendants shall file their reply, if any.
4. The parties shall address Plaintiff's request to file a second amended complaint in their briefing on Defendants' motion.
5. As the Court determined at the initial pretrial conference, Defendants' request to stay discovery is DENIED.

The Clerk of Court is directed to terminate the motions at ECF Nos. 21 and 23.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge